UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO CAMPOS, | ) | CV F- 06-0248 AWI DLB P |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| P. SCHULTZ, et. al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner in federal custody at the United States Penitentiary in Atwater, California. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed the complaint in this action on March 3, 2006.

The complaint appears to state cognizable claims for relief for violation of due process against the named defendants. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants P. Schultz, J. DeVere and Lt. Miller.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 3, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

        attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.     Completed summons;

        b.     One completed USM-285 form for each defendant listed above; and

        c.     Four (4) copies of the endorsed complaint filed March 3, 2006.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

    **Dated:**   **March 21, 2007**                     /s/ **Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE