McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO CAMPOS,<br><br>                Plaintiff,<br><br>    v.<br><br>PAUL M. SCHULTZ (Warden),<br>J. DEVERE (Unit Manager),<br>LT. MILLER (Lieutenant),<br><br>                Defendants. | 1:06-cv-00248-AWI-DLB P<br><br>**EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |

The United States of America requests an extension of time for Defendants Paul M. Schultz, J. DeVere and Lt. Miller ("Defendants") to respond to the Complaint, filed March 3, 2006 (Doc. 1), based on the following:

1.   Defendants are employees of the Federal Bureau of Prisons, and Plaintiff, a <u>pro se</u> prisoner, has sued them in both their official and individual capacities.  As a result, Defendants will most likely be represented by the United States Attorney's Office.

2.   According to the docket, Defendants were served with the Complaint on June 4, 2007.  (<u>See</u> Docs. 14-16.)   Pursuant to

Rule 12 of the Federal Rules of Civil Procedure, Defendants' deadline to respond to the Complaint is August 3, 2007.

3.  Before the United States Attorney's Office can represent Defendants, each Defendant must formally request legal representation by the United States Department of Justice, and such request must be approved by the Department of Justice.

4.  An attorney for the Federal Bureau of Prisons is currently in the process of obtaining the representation requests from Defendants and forwarding them to the Department of Justice for review and approval.

5.  In light of the foregoing, and to enable the United States Attorney's Office to respond to the Complaint on behalf of all Defendants at one time, it is respectfully requested that the Court extend Defendants' time to respond by at least 90 days to November 1, 2007.

Respectfully submitted,

Dated: July 20, 2007.  McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kimberly A. Gaab
Attorneys for the United States of America

ORDER

IT IS SO ORDERED that Defendants' time to respond to the Complaint is extended to November 1, 2007.

IT IS SO ORDERED.

Dated:   **August 7, 2007**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE