UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CAMPOS,<br><br>          Plaintiff,<br><br>   v.<br><br>P. SCHULTZ, et. al.,<br><br>          Defendants. | CV F- 06-0248 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY (30) DAYS<br><br>(Doc. 19) |

    I.    <u>Order</u>

    A.    <u>Procedural History</u>

Plaintiff is a prisoner in federal custody at the United States Penitentiary in Atwater, California. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's complaint, filed March 3, 2006, against defendants P. Schultz, J. DeVere, and Lt. Miller ("defendants"). On October 29, 2007, defendants filed a motion to dismiss for lack of subject matter jurisdiction, and for failure to state a claim. Fed. R. Civ. P. 12(b)(1) and 12(b)(6). To date, plaintiff has not filed an opposition..

///

///

1   It is HEREBY ORDERED that within thirty (30) days of the service of this order plaintiff is
2 to file an opposition to defendants' motion to dismiss.  Plaintiff is advised that failure to file an
3 opposition will result in the court issuing findings and recommendations that this action be dismissed
4 for failure to obey a court order.

6   IT IS SO ORDERED.
7   Dated:   **April 1, 2008**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE