UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO CAMPOS, | ) | CV F- 06-0248 AWI DLB P |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) ) | (Doc. 24) |
| P. SCHULTZ, et. al., | ) ) | TWENTY DAY DEADLINE |
| Defendants. | ) ) | |

Plaintiff is a federal prisoner proceeding pro se in this action. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on plaintiff's complaint, filed March 3, 2006, against defendants P. Schultz, J. DeVere, and Lt. Miller ("defendants").

///
///
///
///
///
///
///
///

On October 29, 2007, defendants filed a motion to dismiss for lack of subject matter jurisdiction, and for failure to state a claim. Fed. R. Civ. P. 12(b)(1) and 12(b)(6). By order filed April 2, 2008, this court ordered plaintiff to file an opposition to defendants' motion to dismiss within 30 days.[1] On May 27, 2008, plaintiff filed a motion for an extension of time. (Doc. 24). Defendants filed their opposition on June 3, 2008. (Doc. 25).

In the First Informational Order issued March 21, 2007, plaintiff was advised that "requests for time extensions must state the reason the extension is needed and must be filed with the court before the deadline in question." (Doc. 9). In the instant motion, plaintiff provides no reason why an extension is needed. Plaintiff's request is also untimely. No good cause appearing, plaintiff's motion for an extension of time is HEREBY DENIED.

Plaintiff is HEREBY ORDERED to file an opposition to defendants' motion to dismiss within twenty (20) days of service of this order. Plaintiff is advised that failure to file an opposition will result in the court issuing findings and recommendations that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **June 4, 2008**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The United States Postal Service returned the order on April 15, 2008 as undeliverable. A notation on the envelope reads "Return to Sender Attempted - Not Known Unable to Forward". Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).