# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CAMPOS, | CASE NO. 1:06-cv-00248-AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING IN PART AND DISREGARDING IN PART DEFENDANTS' MOTION TO DISMISS |
| v. | |
| PAUL M. SCHULTZ, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE |
| | (Doc. 19) |

Plaintiff Alberto Campos, a federal prisoner proceeding pro se, has filed this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

1

1 de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings
2 and Recommendations to be supported by the record and by proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4     1.    The Findings and Recommendations, filed August 4, 2008, is adopted in full;
5     2.    Defendants' motion to dismiss for lack of subject matter jurisdiction, filed October
6         29, 2007, is disregarded;
7     3.    Defendants' motion to dismiss for failure to state a claim, filed October 29, 2007, is
8         granted, without leave to amend, thus concluding this action in its entirety; AND
9     4.    The Clerk of the Court is DIRECTED to close this action.

11 IT IS SO ORDERED.

12 **Dated:**    **September 12, 2008**            **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE